JASON FRIERSON
United States Attorney
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
David.kiebler@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREYVEON BEASLEY,<br><br>Defendant. | Case No. 2:18-cr-137-KJD-EJY<br><br>**Government's Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

Plaintiff United States of America, by and through, Jason M. Frierson, United States Attorney, and David Kiebler, Assistant United States Attorney, respectfully moves for leave of Court in the interest of justice to dismiss the Indictment, ECF No. 1, without prejudice against defendant Treyveon Beasley, pursuant to Rule 48(a), of the Federal Rules of Criminal Procedure.

Respectfully submitted this 2nd day of October 2024.

JASON FRIERSON
United States Attorney

*/s/ David Kiebler*
DAVID KIEBLER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>TREYVEON BEASLEY,<br><br>             Defendant. | Case No. 2:18-cr-137-KJD-EJY<br><br>**Order Granting Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case.

           JASON FRIERSON
           United States Attorney

           */s/ David Kiebler*
           DAVID KIEBLER
           Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. DATED this 8th day of October 2024.

           _____
           HONORABLE KENT J. DAWSON
           UNITED STATES DISTRICT JUDGE